In the Matter of CHARLES BRAUNHUT, an Attorney, Respondent.

First Department, March 15, 1940.

*Einar Chrystie,* for the petitioner.

No appearance for the respondent.

PER CURIAM. On January 5, 1940, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crimes of grand larceny, first and second degrees, which crimes are felonies.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, must be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, UNTERMYER and DORE, JJ.

Respondent disbarred.